THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE PARRIS, Also Known as ANTOINE LENOIR PARRIS, Appellant. [60 NYS3d 867]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied

effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, in failing to argue that the evidence for his murder conviction was legally insufficient. Upon our review of the motion papers, we conclude that the issue may have merit. Therefore, the order of June 9, 2006 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before December 28, 2017. Present—Whalen, P.J., Centra, Peradotto, Carni and Troutman, JJ.